Roger W. Patton (SBN 51906)
PATTON ♦ WOLAN ♦ CARLISE LLP
1814 Franklin Street, Suite 501
Oakland, CA 94612
Telephone: (510) 987-7500
Facsimile: (510) 987-7575

Attorney for Defendant
KEITH WILLIAMS



FILED

FEB 28 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> KEITH WILLIAMS, <br> Defendants. | Case No.: CR 05 00523 DLJ <br><br> STIPULATION AND ORDER FOR CONTINUANCE OF SENTENCING DATE |

WHEREAS, KEITH WILLIAMS ("Williams") has pled guilty pursuant to a plea agreement and is scheduled to be sentenced before this Court on March 16, 2007.

WHEREAS, counsel for the defendant can certify to the Court that all parties have complied with Local Rule 32-2 regarding re-scheduling of sentencing via stipulation, in that government counsel, W. Douglas Sprague and Ms. Connie Cook (the U.S. Probation Officer assigned to the matter) have agreed to the stipulation and the requested new date of April 27, 2007. The length of this continuance is necessary due to conflicting schedules of defense counsel, who is in a lengthy murder trial in Alameda Superior Court.

WHEREAS, counsel for the defendant can also certify to having contacted the clerk for this Court, and confirmed that the Court is available to conduct sentencing on 4/27/07.

1

THEREFORE, BASED ON THE FOREGOING, AND WITH GOOD CAUSE SHOWING, THE PARTIES THEREFORE STIPULATION AND MUTUALLY AGREE TO THE FOLLOWING:

The court date shall be continued for sentencing from March 16, 2007 until April 27, 2007. AT 10:00AM

IT IS SO STIPULATED.

_____
ROGER W. PATTON
For Defendant Keith Williams

_____
W. DOUGLAS SPRAGUE
Assistant United States Attorney

IT IS SO ORDERED.

Dated: __Feb 28, 2007__

_____
HON. LOWELL D. JENSEN
United States District Court